

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00076-CV

| | | |
|---|---|---|
| JOSEFINA MARTINEZ, JUAN MARTINEZ AND/OR ALL OTHER OCCUPANTS OF 1704 CRIMSON CT., ARLINGTON, TX, 76018, Appellants | § § | On Appeal from County Court at Law No. 1 of Tarrant County (2018-006342-1) |
| V. | § | November 14, 2019 |
| CERBERUS SFR HOLDINGS, L.P., Appellee | § | Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants Josefina Martinez and Juan Martinez shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
Justice Dabney Bassel